**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BUNKER IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH WIRELESS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cv-00482<br><br>Judge: Honorable John Z. Lee |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Plaintiff Bunker IP LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Bunker IP LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

Dated: May 17, 2021

Respectfully submitted,

*/s/ David R. Bennett*

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

***Attorney for Plaintiff Bunker IP LLC***

## CERTIFICATE OF SERVICE

I hereby certify that, on May 17, 2021, I filed the above document with the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ David R. Bennett*
David R. Bennett